NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ALLERGAN, INC.,**
*Plaintiff-Appellant*

**DUKE UNIVERSITY,**
*Plaintiff*

**v.**

**SANDOZ, INC., AKORN, INC., HI-TECH
PHARMACAL CO., INC., APOTEX, INC., APOTEX
CORP.,**
*Defendants-Appellees*

———————————

2016-1085, -1160

———————————

Appeals from the United States District Court for the
Middle District of North Carolina in Nos. 1:14-cv-01028-
CCE-LPA and 1:14-cv-01034-CCE-LPA, Judge Catherine
C. Eagles.

———————————

**ON MOTION**

———————————

**O R D E R**

Allergan, Inc. moves for a 21-day extension of time,
until March 25, 2016, to file its opening brief. Allergan
indicates that Apotex, Inc., Apotex Corp., and Akorn, Inc.

2                              ALLERGAN, INC. v. SANDOZ, INC.

have indicated that they do not oppose this motion but
that Sandoz, Inc. has indicated that it opposes this mo-
tion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25